# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| VALERIE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 06-0452-BH-B |
| LIBERTY MUTUAL INSURANCE ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, Liberty Mutual Insurance Company, and against the plaintiff, Valerie Davis, the plaintiff to have and recover nothing of the defendant for either bad faith or outrage.  Costs are taxed against the plaintiff.

**DONE** this 9th day of July, 2007.

s/ W. B. Hand
SENIOR DISTRICT JUDGE
